UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel.<br>  KENNETH FISHER,<br><br>            Plaintiff/Relator,<br><br>        v.<br><br>NETWORK SOFTWARE ASSOCIATES, et al.,<br><br>            Defendants. | Civil Action No. 99-3095 (PLF) |

ORDER

For the reasons set forth in the Memorandum Opinion issued this same day, it is hereby

ORDERED that [131] defendants' Joint Motion to Dismiss is GRANTED; it is

FURTHER ORDERED that [109] defendants Motion for Partial Summary Judgment is DENIED as moot; it is

FURTHER ORDERED that [139] defendants' Joint Request for Ruling on Pending Motion to Dismiss Regarding Pro Se Status of Relator is GRANTED; it is

FURTHER ORDERED that [142] defendants' Request for a Hearing and Ruling on Pending Motion to Dismiss Regarding Pro Se Status of Relator is DENIED as moot; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice and the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 20, 2005